1 | FRANKLIN J. LOVE, Bar #80334
2 | LAW OFFICE OF FRANKLIN J. LOVE
3 | 800 S. Barranca Ave., Suite 100
  | Covina, California 91723

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTERTAINMENT BY J&J, INC. ) | 01-CV-07439-HLH (Rzx) |
| ) | |
| Plaintiff, ) | **RENEWAL OF DEFAULT JUDGMENT** |
| vs. ) | **BY CLERK** |
| ) | |
| ADALBERTO DE JESUS PELAYO, ) | |
| individually and dba SUGAR ) | |
| SHACK, jointly and severally ) | |
| ) | |
| Defendant ) | |
| _____ ) | |

Based upon the Application for Renewal of Judgment of the original judgment, and pursuant to F.R.C.P. 69 (a) and C.C.P. 639.110 through 683.320 and good cause appearing, therefore:

The default judgment entered on February 27, 2002 against defendant, **ADALBERTO DE JESUS PELAYO individually and dba SUGAR SHACK, jointly and severally** is hereby renewed on the amounts set forth below:

**RENEWAL OF MONEY JUDGMENT**

| | | |
|---|---|---:|
| a. | Total judgment | $11,200.00 |
| b. | Costs after judgment | 0.00 |
| c. | Attorney fees | 0.00 |
| d. | Subtotal (add a thru c) | 11,200.00 |
| e. | Credits after Judgment | 0.00 |
| f. | Subtotal (substract e from d) | 11,200.00 |
| g. | Interest after judgment | 2,796.92 |
| h. | Fee for filing renewal | 0.00 |
| i. | **Total renewed judgment** | **13,996.92** |

**DATED:** 02/24/12          **Clerk by** Lori Muraoka, Deputy Clerk
                                  Deputy   U.S. District Court